# DON KOTTER
1216 Florida Street
Mandeville, Louisiana
(985) 960-0478

## PROFESSIONAL PROFILE

- 30+ years experience with broad-based knowledge and experience in all phases of construction.
- Strong organizational ability to manage projects to successful completion within time and budget parameters.
- Proven leadership qualities and a team-building management style.
- Demonstrated ability to form a diverse group of individuals into a cohesive team.
- Creative problem solver and troubleshooter
- Licensed Property and Casualty Adjuster
- Accepted as an Expert in the Field of Construction in the 21st Judicial District Court for the Parish of St. Tammany, State of Louisiana, by District Judge A. Clayton James.
- Accepted as an Expert in the Field of Construction and Insurance Adjusting in the U.S. District Court -Eastern District of Louisiana, New Orleans ,LA
- Robert Fresh Groceries was awarded $22,000,000.+/- in Federal Court due to my estimates. This is the largest award in Federal Court to date for a Hurricane Katrina Loss.

## PROFESSIONAL EXPERIENCE

### Project Management/Vendor Relations

- Coordinate and execute a variety of construction management projects specializing in residential, office and commercial facilities construction and renovation.
- Oversee all phases of project execution; plan and schedule work assignments and priorities; approve engineering/design changes; troubleshoot and resolve complex technical problems, consistently meeting project deadlines and highest quality standards.
- Hire, train and supervise a crew of 10-50 employees.
- Locate qualified vendors and negotiate contracts with subcontractors.
- Hire, schedule and supervise subcontractors; develop and enforce effective company policy, procedures and project safety regulations.
- Acquire zoning variance and building permits.
- Purchase, expedite materials/equipment and maintain quality control.

- Manage daily on-site supervision maintaining safety standards and ensuring compliance with regulatory requirements and highest quality standards.

**Client Relations**

- Liaison between contractors, engineers, architects and clients, solving potential problems and meeting realistic demands at a fair price.
- Effectively negotiated cost estimation with clients.
- Maintain daily contact with clients at location sites.
- Established new business and successfully developed a personal client base through excellent customer relations, hard work and word-of-mouth.
- Maintain clear communications and positive relations with clients, subcontractors and the community.

DON KOTTER                                                                                          PAGE 2

**Projects include:**

- Estimating history:  $85+ million over the past 4 years
- Construction of 30 story high-rise building: North Miami Beach, FL.
- Restoration of 17 story fire damaged Chippington Towers:  Nashville, TN.
- Construction and renovation of residential homes: New Orleans, LA; Mandeville, LA; and Covington, LA.
- Restoration of fire and hurricane damaged properties:  Nashville, TN; Ocala, FL; Orlando, FL; Jacksonville, NC; New Bern, NC; Goldsboro, NC; and Kinston, NC.
- Renovation to commercial businesses including Atlas Steel Corporation, Big Joe's Restaurant and Covington Court Club:  New Orleans, LA and Covington, LA.
- Restoration of fire destroyed gym and school: $850,000 project in Fayettville, NC.
- Renovation of apartment complexes:  New Bern, N.C.; Goldsboro, N.C.; Ocala, FL; and Jacksonville, NC.
- Restoration of the Family Dollar Store retail site:  Kinston, NC.
- Construction of 1,200 sq. ft. concrete block church in Honduras (volunteer project).
- Construction of 2,100 sq. ft. concrete block school in Haiti (volunteer project).

# EDUCATION

Property, Casualty and Surety Adjuster (Licensed in Louisiana, Texas and Florida)
Flood Certified, Earthquake Certified (CEA)

Tulane University, Business Administration

PDF created with pdfFactory Pro trial version www.pdffactory.com

New Orleans, LA

Community College of the Air Force, General Studies
Panama City, Florida

Notary Public, State of Florida

Bilingual in Spanish for on-site construction communication

# EMPLOYMENT HISTORY

Writing estimates for local attorneys, business owners and homeowners. Wrote estimates for: John Schweggman, Marc Robert of **Robert Fresh Grocery**, Deanie's Seafood, New Orleans and Metairie Locations…
Expert in the Field of Construction and Insurance Adjusting in the State and Federal Courts of Louisiana.

Law Firms and Attorneys that I am or have written estimates for:
- Jeff Berniard
- William Stephens
- Gennusa Law Firm
- Fowler & Rodriguez (Tom Ellis)
- Adams and Reece
- Feingerts & Kelly
- Hurricane Legal Center
- Ken Rathburn
- Ian Goldenberg
- Harry Cantrell
- James Williams
- Albert Nicard
- Rudy Cerone
- Justin Schmidt
- Bruce Dinwiddie
- Jan Jumonville
- Reasonover & Olinde
- Binegar & Christian, LLC

and other attorneys and individuals in New Orleans, La and Mississippi.
(IA) Adjuster / Writing claims for USAA, Lexington, Lloyd's of London, Louisiana Citizens and other insurance companies.  Large losses- Residential, Commercial and Industrial.
SUPERIOR CLAIMS SERVICE, INC., West Monroe, La.   Write estimates for local contractors.                                                                                                            2003 - Present
Senior Estimator/General Manager, Paul Davis Restoration, New Orleans, LA

PDF created with pdfFactory Pro trial version www.pdffactory.com

| | |
|---|---|
| Wrote estimates for, Liberty Mutual Insurance, Republic Insurance Fireman's Fund Insurance, State Farm Insurance, Crawford , etc. | 2003 - 2005 |
| Estimator, Jarvis Construction / Detroit MI / Bill Jarvis owner | 2002 - 2003 |
| Estimator, Write estimates for Adjusters International/Atlanta, Ga. Phil Grandchamp | 1999 – 2002 |
| Manager/Owner, Cornerstone of America, Inc., Ft. Lauderdale, FL | 1990 - 1998 |
| Superintendent, David Jones Construction, Del Ray Beach, FL | 1988 - 1990 |
| Manager/Owner, Kotter Construction & Engineering, Mandeville, LA | 1981 - 1988 |
| Sergeant, United States Air Force | 1977 – 1981 |

I have not published any articles of insurance to date.
I have provided appraisals of property damages for hundreds of property owners.

I have written appraisals on the following:

- Big box stores
- Large and small grocery stores
- Shopping centers
- Sea food processing plant
- Gas stations
- Truck stop casinos
- Auto dealerships
- Multi-unit apartment complexes (360,000 sq ft +)
- 0ffice buildings
- Morgues
- Churches
- Assistant living facilities
- Nurseries
- Schools
- Convenient stores
- 70,000 sq ft  warehouse
- Cleaners
- Marina's
- Restaurants
- Residential homes (Large and small losses)
- Factories
- Spur's

I have testified in court twice: once in Federal Court and once in State Court.

PDF created with pdfFactory Pro trial version www.pdffactory.com

I have been deposed for the following:

- Schwegmann's Family Trust *vs* Circuit City
- Robert Fresh Grocery *vs* United Fire
- Elizabeth Taylor *vs* Allstate Insurance Co.
- Twelde's Lafitte Drugs vs. Louisiana Citizens
- Darlene Jacobs Levee vs. Axis
- The Woodlands vs Certain Underwriters of Lloyd's of London
- Jennifer Kiern vs State Farm
- Horace & Pamela Sinclaire vs State Farm
- Thomas A. Genusa, III. vs General Star National Insurance Co.
- Beverly Kennedy vs State Farm
- Bryan Williams vs Certain Underwriters @ Lloyds, London
- Cornerstone Homes of N.O. v. Lloyd's of London (CDC Case No. 07-8910)
- 511, LLC vs United Fire and Casualty Company, ET AL

I have been called upon as an expert in the following mediations:

- Dr. Michelle Ross *vs* Allstate
- David Barrett *vs* Liberty Mutual Ins.
- Tom Gennusa vs Hanover Ins Co.
- Bordelon *vs* Liberty Mutual Ins.
- Charles DiLeo vs State Farm
- Cornerstone Homes of N.O. v. Lloyd's of London
- Potinger, Austin T. vs Builders Insurance Company

I have written appraisals on the following:

- Big box stores
- Large and small grocery stores
- Shopping centers
- Sea food processing plant
- Gas stations
- Truck stop casinos
- Auto dealerships
- Multi-unit apartment complexes (360,000 sq ft +)
- 0ffice buildings
- Morgues
- Churches
- Assistant living facilities
- Nurseries

- Schools
- Convenient stores
- 70,000 sq ft warehouse
- Cleaners
- Marina's
- Restaurants
- Residential homes (Large and small losses)
- Factories
- Spur's

PDF created with pdfFactory Pro trial version www.pdffactory.com